AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

MASSACHUSETTS CARPENTERS CENTRAL
COLLECTION AGENCY, ET AL

SUMMONS IN A CIVIL ACTION

V.

CAPITAL FLOORS, INC

CASE NUMBER:

## 05 10585 DPW

# DOCKETED

TO: (Name and Address of Defendant)

Capital Floors, Inc.
26 Lynn Street
Lynn, MA 01901

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Christopher N. Souris
Krakow & Souris
225 Friend Street
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



SARAH A. THORNTON

CLERK

BY DEPUTY CLERK

DATE

MAR 25 2005

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | April 14, 2005 |
| NAME OF SERVER Paul Minsky | TITLE Constable |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 26 Union Street, Lynn, Ma

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $52.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-14-05      Paul Minsky
            Date         Signature of Server

Baystate Constable Service, Inc
Address of Server  138 Bedford Street
Burlington, MA 01803
(781) 270-7011  (781) 270-4559 f

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.