UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al | ) ) ) |
| Plaintiffs, | ) ) ) CIVIL ACTION |
| v. | ) NO. 05-10585-DPW ) |
| CAPITAL FLOORS, INC., | ) ) |
| Defendant. | ) ) |

<u>REQUEST FOR NOTICE OF DEFAULT</u>

Plaintiff respectfully requests that the court send a Notice of Default to the defendant, Capital Floors Inc., 26 Union Street, Lynn, MA 01901 in the above-captioned action. Defendant Capital Floors, Inc. was served with the complaint on April 14, 2005.

As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

Dated: June 8, 2005

Respectfully submitted,
Christopher N. Souris
BBO #556343
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114 (617) 723-8440
 /s/ Christopher N. Souris
 Attorney for plaintiffs