UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
Massachusetts Capenters Central)
Collection Agency            )
     Plaintiffs,             )
                             )
     v.                      )      CIVIL ACTION
                             )      NO. 05-cv-10585-DPW
                             )
Capital Floors, Inc.,        )
     Defendant.              )
```

**NOTICE OF DEFAULT**

Upon application of the Plaintiff for an Order of Default for failure of the Defendant, **Capital Floors, Inc.**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant **Capital Floors Inc.,** have been defaulted this **17th day of June 2005**.

```
                         Sarah A. Thornton
                         Clerk

               by:  _/s/ Richard Nici_____
                         Deputy Clerk
```