UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al<br><br>    Plaintiffs,<br><br>v.<br><br>CAPITAL FLOORS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION<br>) NO. 05-10585-DPW<br>)<br>)<br>)<br>)<br>) |

**JUDGMENT**

WOODLOCK, D.J.

Defendant Capital Floors, Inc. having failed to plead or otherwise defend in this action and default having been entered on June 17, 2005.

Now, upon application of plaintiffs and a declaration demonstrating that defendant owes plaintiffs the sum of $52,149.31, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $302.00 it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. That plaintiffs recover from defendant Capital Floors, Inc. the sum of $52,451.31 with interest as provided by law.

_/s/ Douglas P. Woodlock_
UNITED STATES DISTRICT JUDGE
7/6/05